IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brock, Kelley Y

Printed: 11/11/08

Case Number: 08 B 04165
Judge: Wedoff, Eugene R
Filed: 2/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 25, 2008
Confirmed: April 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,087.45 |  |
| Secured: |  | 600.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 416.55 |
| Trustee Fee: |  | 70.90 |
| Other Funds: |  | 0.00 |
| Totals: | 1,087.45 | 1,087.45 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,799.00 | 416.55 |
| 2. | Santander Consumer USA | Secured | 17,554.72 | 600.00 |
| 3. | Illinois Dept of Revenue | Priority | 70.82 | 0.00 |
| 4. | ER Solutions | Unsecured | 36.74 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 21.63 | 0.00 |
| 6. | Santander Consumer USA | Unsecured | 293.53 | 0.00 |
| 7. | Sallie Mae | Unsecured | 346.09 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 66.20 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 8.41 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 3.00 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 40.21 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 679.50 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 38.40 | 0.00 |
| 14. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 15. | Certified Recovery | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | National Louis University | Unsecured |  | No Claim Filed |
| 18. | Northshore University HealthSystem | Unsecured |  | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 20. | Gary Mueller | Unsecured |  | No Claim Filed |
| 21. | Sherman Acquisition | Unsecured |  | No Claim Filed |
| 22. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 24. | Superior Mgt. | Unsecured |  | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 26. | RCN | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Brock, Kelley Y

Printed: 11/11/08

Case Number:  08 B 04165
Judge:  Wedoff, Eugene R
Filed:  2/23/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
|  |  | $ 22,958.25 | $ 1,016.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 56.55 |
| 6.6% | 14.35 |
|  | $ 70.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

